1080

No. 79–985. Sewell v. Phillips Petroleum Co. C. A. 10th Cir. Certiorari denied.

No. 79–987. Jones et al. v. Wolf et al. Sup. Ct. Ga. Certiorari denied.

No. 79–988. Krause et al. v. City of Brunswick et al. Sup. Ct. Ga. Certiorari denied.

No. 79–990. Campbell v. Disciplinary Board of the Washington State Bar Assn. Sup. Ct. Wash. Certiorari denied.

No. 79–993. Jackson v. United States. C. A. 8th Cir. Certiorari denied.

No. 79–995. American Federation of Government Employees (AFL–CIO) v. Gale, Judge. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 79–997. Librach v. United States. C. A. 8th Cir. Certiorari denied.

No. 79–998. Glickman et al. v. United States. C. A. 9th Cir. Certiorari denied.

No. 79–999. Florida East Coast Railroad Co. v. Department of Revenue of Florida. Sup. Ct. Fla. Certiorari denied.

No. 79–1001. Shuffman, Executrix v. Hartford Textile Corp. et al. C. A. 2d Cir. Certiorari denied.

No. 79–1002. Marchiondo v. Traub, Judge. Sup. Ct. N. M. Certiorari denied.

No. 79–1004. Stuyvesant Insurance Co. v. Massachusetts. Ct. App. Mass. Certiorari denied.